UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN E. BONHAM,

    Plaintiff,

v.

THERESA SIMMONS, et al.,

    Defendants.

_____/

Case No. 1:22-cv-248

HON. JANET T. NEFF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Default Judgment (ECF No. 34). The Magistrate Judge issued a Report and Recommendation on March 23, 2023, recommending that this Court deny Plaintiff's motion without prejudice (ECF No. 36). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1).

Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 36) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 34) is DENIED without prejudice.

Dated: April 14, 2023

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge