UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN E. BONHAM,

     Plaintiff,

                                         Case No. 1:22-cv-248

v.

                                         HON. JANET T. NEFF

THERESA SIMMONS,

     Defendant.

_____/

## **ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has filed a Motion for Default Judgment against Defendant Theresa Simmons.  The matter was referred to the Magistrate Judge, who held evidentiary hearings on June 22, 2023, and October 4, 2023. Plaintiff then filed a supplemental Motion for Default Judgment. On January 16, 2024, the Magistrate Judge issued a Report and Recommendation (R & R), recommending that this Court enter a default judgment against Defendant in favor of Plaintiff with a monetary award of $50,000 plus attorney's fees and costs. No objections have been filed.  *See* 28 U.S.C. § 636(b)(1). Therefore,

     **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 52) is APPROVED and ADOPTED as the Opinion of the Court.

     **IT IS FURTHER ORDERED** that Plaintiff's Motions for Default Judgment (ECF Nos. 39, 40, and 50) are GRANTED IN PART and DENIED IN PART.

**IT IS FURTHER ORDERED** that Plaintiff is entitled to a default judgment against Defendant in the amount of $50,000, plus attorney's fees and costs to be determined through the filing of a post-judgment petition.

A separate Judgment shall issue.

Dated:  February 1, 2024

  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge